IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES BRANSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-376(MTT) |
| BRIGGS EQUIPMENT, INC. and DAVID HARDIN, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court to address the Court's previous Order granting the Plaintiff's Motion to Stay pursuant to the Service Members Civil Relief Act, 50 U.S.C. app. 501 *et seq*. In that Order, the Court noted that the case would be stayed "until further order of the Court." Counsel for both parties have confirmed that the Plaintiff has returned from active duty and that his case can proceed as normal. Accordingly, the stay is hereby lifted.

**SO ORDERED,** this 1st day of August, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT